ACCEPTED
03-14-00651-CR
5115340
THIRD COURT OF APPEALS
AUSTIN, TEXAS
5/1/2015 11:05:36 AM
JEFFREY D. KYLE
CLERK

## No. 03-14-00651-CR

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **IN THE THIRD JUDICIAL DISTRICT** |
| | § | |
| **v.** | § | **COURT OF APPEALS** |
| | § | |
| **GERARDO AYALA** | § | **AT AUSTIN, TEXAS** |

3rd COURT OF APPEALS
AUSTIN, TEXAS
5/1/2015 11:05:36 AM
JEFFREY D. KYLE
Clerk

## APPELLEE'S FOURTH MOTION TO EXTEND TIME TO FILE APPELLEE'S BRIEF

### TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes GERARDO AYALA, Appellee in the above styled and numbered cause, and moves this Court to grant an extension of time of 30 days to file appellee's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1.     The appellee filed a Motion to Suppress Evidence on April 23, 2014. The Trial Court filed an Order granting the Motion to Suppress Evidence on September 29, 2014. The State of Texas filed a timely notice of appeal in the above cause on October 6, 2014. The clerk's record was filed on October 16, 2014. The reporter's record was filed on October 17, 2014. Defendant's Exhibit No. 1 was filed on October 22, 2014.

2.     The State requested and received two extensions of time to file their brief and filed it on January 9, 2015. Appellee filed a pro se motion for an

1

extension of time to file brief on January 29, 2015 which was granted and the deadline became March 2, 2015. Appellee hired counsel shortly before that deadline and Counsel requested a second motion for extension of time within a few days of being hired. That motion was granted and Counsel was given a new deadline of April 1, 2015. Appellee was then granted an extension until May 1, 2015.

3.   Even though this is a fourth motion for extension, counsel has still only had a little more than 2 months to prepare (as Counsel was also not the attorney of record at the trial level) and is requesting another 30 day extension to file the brief.

4.   Appellee relies on the following facts as good cause for the requested extension. In addition to the present case, the undersigned counsel has been working on many other cases. Also, counsel had an out of town family medical issue this month.

5.   For these reasons, counsel seeks an extension of time in order to adequately fulfill his obligations under the 6th and 14th Amendments to the United States Constitution.

**WHEREFORE, PREMISES CONSIDERED**, Appellee prays that this Court grant this Motion To Extend Time to File Appellee's Brief for thirty additional days from the filing of this motion, and for such other and further relief as the Court

may deem appropriate.

Respectfully submitted,

Law Office of Jamie Spencer
812 San Antonio Street, Suite 403
Austin, TX 78701
Tele: 512/ 472-9909
Fax: 512/ 472-9908
Cell: 512/964-9900
Email: Jamie@austindefense.com


Jamie Spencer, State Bar No. 90001952


## CERTIFICATE OF SERVICE

This is to certify that on May 1, 2015, a true and correct copy of the above and foregoing document was served by U.S. Mail on the State at the following address:

Travis County District Attorney's Office
Ms. Angie Creasy
P.O. Box 1748
Austin, TX 78767


Jamie Spencer